AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Alabama

| | |
|---|---|
| United States of America<br>v.<br>KENNETH O'KEITH FRENCH | )<br>)<br>)<br>) |

Case No: 08-00147-002

USM No: 10329-003

Date of Original Judgment: 10/31/2008

Date of Previous Amended Judgment: _____

*(Use Date of Last Amended Judgment if Any)*

pro se

*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____70_____ months **is reduced to** 60 months. _____.

Except as otherwise provided, all provisions of the judgment dated 10/31/2008 shall remain in effect.

**IT IS SO ORDERED**.

Order Date: 2/15/2012

/s/ Callie V. S. Granade

*Judge's signature*

Effective Date: _____

*(if different from order date)*

United States District Judge

*Printed name and title*